# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

Lisa Redifer                              *

**Plaintiff,**

                                          *

**v.**                                          Case No. 1:24-cv-01403-JRR

Sedgwick Claims Management Services, Inc.  *

**Defendant.**                             *

## DISCLOSURE OF CORPORATE INTEREST

**Check all that apply:**

☐ I certify, as party/counsel in this case that _____
(name of party)

is not an affiliate or parent of any corporation, and no corporation, unincorporated association, partnership or other business entity, not a party to the case, has a financial interest in the outcome of this litigation as defined in Local Rule 103.3 (D. Md.).

■ The following corporate affiliations exist with  Sedgwick Claims Management Services, Inc. :
(name of party)

Defendant Sedgwick Claims Management Services, Inc. is a private corporation owned by Sedgwick Global Inc., and Lightning Cayman Merger Sub, Ltd. ("the Entities").  The Entities' ultimate parent company is Sedgwick, L.P.
(names of affiliates)

■ The following corporations, unincorporated associations, partnerships or other business entities which are not parties may have a financial interest in the outcome of this litigation:

Sedgwick, L.P.'s ultimate majority shareholder is The Carlyle Group ("Carlyle").  Stone Point Capital, Onex Corporation, La Caisse de dépôt et placement du Québec (CDPQ) and certain management investors are minority shareholders.
(names of entities with possible financial interests)

☐ In a case based on diversity jurisdiction, the following is a list of all members of

_____ and their states of citizenship:
(name of LLC party)

| _____ | _____ |
| (name of member) | (state of citizenship) |
| _____ | _____ |
| (name of member) | (state of citizenship) |
| _____ | _____ |
| (name of member) | (state of citizenship) |
| _____ | _____ |
| (name of member) | (state of citizenship) |

Note: If there are additional LLC members, please provide their names and states of citizenship on a separate sheet of paper.

June 11, 2024

Date

*/s/ Robert R. Niccolini*

Signature

Robert R. Niccolini, D.MD No. 24873

Printed name and bar number

1909 K Street, N.W., Suite 1000 Washington, DC  20006

Address

robert.niccolini@ogletreedeakins.com

Email address

(202) 887-0855

Telephone number

(202) 887-0866

Fax number

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 11th day of June, 2024, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the following:

Keith R. Siskind
Steinhardt, Siskind and Lieberman, LLC
808 Landmark Drive, Suite 227
Glen Burnie, MD 21061
Tel:  (410) 766-7630
Fax:  (410) 766-8794
krs@steinhardtlawfirm.com

*Counsel for Plaintiff*

/s/ Robert R.  Niccolini
Robert R.  Niccolini